# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEVEN R. TEW**                                                                              **PLAINTIFF**

**v.**                       **CASE NO. 4:17-CV-00871 BSM**

**TIM RYALS, Sheriff,**
**Faulkner County Sheriff's Office, et al.**                        **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No.6] submitted by United States Magistrate Judge Joe J. Volpe have been received. The parties have not submitted objections. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Steven Tew may proceed on his claims based on overcrowding and the denial of mental health treatment. The rest of his claims are dismissed without prejudice. It is further certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of February 2018.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE