# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEVEN R. TEW**                                                                      **PLAINTIFF**

v.                 **CASE NO. 4:17-CV-00871 BSM**

**TIM RYALS, Sheriff, Faulkner County Sheriff's Office;**
**GARY STEWART, Physician;**
**RANDELL, Captain, Faulkner County Jail;**
**GARY ANDREWS, Lieutenant, Faulkner County Jail; and**
**RUSTY PAGE, Sergeant, Faulkner County Jail**           **DEFENDANTS**

## ORDER

A proposed findings and recommended disposition ("recommendation") [Doc. No. 26] filed by United States Magistrate Judge Joe J. Volpe has been received. The parties have not filed objections. After careful consideration, the recommendation is adopted in its entirety.

The defendants' motion to dismiss [Doc. No. 24] is granted. Plaintiff Steven Tew's complaint [Doc. No. 1] is dismissed without prejudice. Pursuant to 28 U.S.C. Section 1951(a)(3), an *in forma pauperis* appeal from this order adopting the recommendations and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 18th day of September 2018.

                                                                       */s/ Brian S. Miller*
                                                             **UNITED STATES DISTRICT JUDGE**